1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11  EXIQUIO HERNANDEZ SALAS, JR.,      )
                                       )   1:02-cv-05250 OWW TAG HC
12                  Petitioner,        )
                                       )   ORDER ADOPTING REPORT AND
13                                     )   RECOMMENDATION
           v.                          )   (Doc. 22)
14                                     )
                                       )   ORDER DISMISSING PETITION FOR WRIT
15  JAMES YATES,                       )   OF HABEAS CORPUS
                                       )   (Doc. 1)
16                  Respondent.        )
    _____)   ORDER DIRECTING CLERK OF COURT TO
17                                         ENTER JUDGMENT

18
        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
19
    pursuant to 28 U.S.C. § 2254.
20
        On February 2, 2005, the Magistrate Judge assigned to the case filed a Report and
21
    Recommendation recommending that the petition for writ of habeas corpus be DISMISSED because
22
    the Petition does not allege grounds that would entitled Petitioner to habeas corpus relief.  (Doc. 22).
23
    The Report and Recommendation was served on all parties and contained notice that any objections
24
    were to be filed within ten (10) days from the date of service of that order.  Subsequently, Petitioner
25
    was granted an extension of time until March 30, 2005, within which to file his objections.  (Doc.
26
    25).  On March 28, 2005, Petitioner timely filed his objections to the Report and Recommendation.
27
    (Doc. 26).
28
                                            1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

2   *novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections,

3   the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the

4   record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate

5   Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

6    1. The Report and Recommendation issued February 2, 2005, (Doc. 22) is ADOPTED IN

7   FULL;

8    2. The petition for writ of habeas corpus (Doc. 1) is Dismissed; and

9    3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the

10  file.

11

12  IT IS SO ORDERED.

13  **Dated:    May 21, 2005**                      _____/s/ Oliver W. Wanger_____
    emm0d6                                   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2