UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
2005 JUN -8 P 1: 27
CLERK, US DIST COURT
EASTERN DIST. OF CALIF
BY _____
        DEPUTY

EXEQUIO HERNANDEZ SALAS,

vs.

JAMES A. YATES, Warden,
_____/

ORDER RE: ~~CERTIFICATE OF~~ APPEALABILITY

CV-F-02-5250 OWW/TAG HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

\_\_\_\_\_    Granted for the following reason:

_____

_____

_____

**X**    Denied for the following reason:
No issues debatable among jurists of reason on 3 strikes challenges by state prisoner.

Dated: 6-7-05

OLIVER W. WANGER
United States District Judge